UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

LAUREN HAWES et al )
)
)
Plaintiff(s), )
)
vs. ) Case No. 4:20-cv-00588
)
PAGE, et al. )
)
)
Defendant(s). )

## NOTICE REQUESTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now plaintiff LAUREN HAWES et al by and through its undersigned counsel, and hereby requests a hearing on its Motion for Temporary Restraining Order on Thursday, 4/30/20 at 9:00 a.m. or as soon thereafter as may be heard. Defendant PAGE, et al.

[✓] was notified [ ] was not notified and [✓] will appear [ ] will not appear.

/s/ Michael D. Quinlan
Signature (Counsel for Plaintiff/Defendant)
Print Name: Michael D. Quinlan
Address: 2526 Barrett Springs Drive
City/State/Zip: St. Louis, MO 63021
Phone: 314-223-6035

Certificate of Service

I hereby certify that a true copy of the foregoing Notice Requesting Hearing on Motion for Temporary Restraining Order was served (by mail, by hand delivery, or by electronic notice) on all parties on: 4/28/20 , at 4:45 pm .

/s/ Michael D. Quinlan
Signature