IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAUREN HAWSE, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:20cv588 RLW ) ) |
| SAM PAGE, M.D. et al., | ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Expedited Hearing and Motion for Temporary Restraining Order (ECF No. 2) is **GRANTED,** in part. The hearing on Plaintiffs' Motion for Temporary Restraining Order is set for **Thursday May 7, 2020 at 10:30 a.m.** The hearing will be held via telephone. The Court will email the parties with the call-in information for the hearing.

**IT IS FURTHER ORDERED** that Defendants shall file any response to Plaintiffs' Motion for Temporary Restraining Order (ECF No. 2) no later than **Monday, May 4, 2020 at 12:00 p.m.** Both parties shall file any proposed order no later than **May 4, 2020**.

**IT IS FURTHER ORDERED** that, if the public or media wish to listen to the telephone conference, they may contact Katie Spurgeon, Operations Manager, at Katherine_Spurgeon@moed.uscourts.gov with the date, time, and hearing information.

**IT IS FINALLY ORDERED** that Plaintiffs' Notice of Hearing (ECF No. 4) is **STRICKEN** from the record as this Order supersedes that Notice.

Dated this 30th day of April, 2020.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**